UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SAFETY ACCESS CORPORATION, | ) ) ) | Civil Action No.: 0:09-CV-00315-MJP |
| Plaintiff, | ) ) ) | **DEFENDANTS' MOTION: (A) TO PIERCE THE CORPORATE VEIL;** |
| v. | ) ) | **AND (B) FOR DETERMINATION THAT ASSETS OF PLAINTIFF ARE** |
| INTEGRITY WORLDWIDE, INC., and JOHN MELIC, | ) ) ) | **NOT SUBJECT TO A SECURITY INTEREST** |
| Defendants. | ) ) | |

AND NOW COME Defendants Integrity Worldwide, Inc. ("IWW") and Jonathan J. Melic ("Mr. Melic") (collectively "IWW"), by and through their undersigned attorneys, and move this Court for: (A) an order piercing the corporate veil of Plaintiff International Safety Access Corporation; and (B) a determination that that — contrary to Plaintiff's assertions — its assets are not subject to a security interest. The bases for this Motion are fully set forth in the accompanying Memorandum in Support (with exhibits) which is appended hereto and incorporated herein by reference as if set forth at length.

|  |  |
|---|---|
|  | BARNWELL WHALEY PATTERSON & HELMS, LLC |
|  | BY: /s John W. Fletcher<br>Randell C. Stoney, Jr.<br>John William Fletcher<br>885 Island Park Drive (29492)<br>P. O. Drawer H<br>Charleston, SC  29402-0197 |
| Charleston, South Carolina<br>June 27, 2012 | (843) 577-7700<br>Attorneys for Defendants/Counterclaimants |