11:05 AM
03/05/12
Accrual Basis

# International Safety Access Corporation
## Transactions by Account
### As of March 5, 2012

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **Capital Stock** | | | | | | | |
| Deposit | 4/27/2006 | | Ulf Boshamer | Deposit - Subscription | | | 0.00 |
| Deposit | 6/2/2006 | | Roger Schwartz | Subscription of stock | | 12,500.00 | 12,500.00 |
| General Journal | 4/1/2007 | 20-A | | To record Ulf Boshamer ($12,500) & Eric Plant ($25,000) stock receivable | | 25,000.00 | 37,500.00 |
| Deposit | 5/27/2009 | 326 | Ulf Boshamer | For purchase of stocks | | 37,500.00 | 75,000.00 |
| General Journal | 12/31/2010 | 827 | | Record the cancellation of the note from Eric for purchase of stock | 25,000.00 | 200,000.00 | 275,000.00 |
| **Total Capital Stock** | | | | | 25,000.00 | 275,000.00 | 250,000.00 |
| **TOTAL** | | | | | 25,000.00 | 275,000.00 | 250,000.00 |

Page 1

(2)