DEMAND PROMISSORY NOTE

$ 15,000.00   Date: July 15, 2010

FOR VALUE RECEIVED, the undersigned jointly and severally promise to pay to the order of <u>Klear Knit, Inc.</u> the sum of <u>Fifteen Thousand dollars and 00 cents</u> ($ 15,000.00), together with interest of <u>7.5%</u> per annum on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable UPON DEMAND of any holder thereof.

Upon default in making payment within <u>10</u> days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of <u>North Carolina.</u> All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.

BA: _____
(Borrower signature)

_____
(Borrower typed or printed name)

_____
(Lender's signature)

_____
(Lender's typed or printed name)

Witnessed:
_____
(Witness's signature)

_____
(Witness's typed or printed name)

DEMAND PROMISSORY NOTE

$ 60,000.00  Date: May 13, 2010

FOR VALUE RECEIVED, the undersigned jointly and severally promise to pay to the order of Klear Knit, Inc. the sum of Sixty Thousand dollars and 00 cents ($ 60,000.00), together with interest of 7.5% per annum on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable UPON DEMAND of any holder thereof.

Upon default in making payment within 10 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of North Carolina. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.

_____
(Borrower signature)

_____
(Borrower typed or printed name)

_____
(Lender's signature)

_____
(Lender's typed or printed name)

Witnessed:

_____
(Witness's signature)

_____
(Witness's typed or printed name)

DEMAND PROMISSORY NOTE

$ 10,000.00  Date: March 2, 2010

FOR VALUE RECEIVED, the undersigned jointly and severally promise to pay to the order of Klear Knit, Inc. the sum of Ten Thousand dollars and 00 cents ($ 10,000.00), together with interest of 7.5% per annum on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable UPON DEMAND of any holder thereof.

Upon default in making payment within 10 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of North Carolina. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.

_[signature]_
(Borrower signature)

_Roger L. Schwartz_
(Borrower typed or printed name)

_[signature]_
(Lender's signature)

_Klear Knit Inc_
(Lender's typed or printed name)

Witnessed:

_Kim Sudol_
(Witness's signature)

_Kim Sudol_
(Witness's typed or printed name)

DEMAND PROMISSORY NOTE

$ 40,000.00   Date: January 21, 2010

FOR VALUE RECEIVED, the undersigned jointly and severally promise to pay to the order of <u>Klear Knit, Inc.</u> the sum of <u>Forty Thousand dollars and 00 cents</u> ($ 40,000.00), together with interest of <u>7.5%</u> per annum on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable UPON DEMAND of any holder thereof.

Upon default in making payment within <u>10</u> days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of <u>North Carolina.</u> All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.

_[signature]_
(Borrower signature)

_Roger L. Schwartz_
(Borrower typed or printed name)

_[signature]_
(Lender's signature)

_Ulf Boshamer_
(Lender's typed or printed name)

Witnessed:

_Kim Sudol_
(Witness's signature)

_Kim Sudol_
(Witness's typed or printed name)

DEMAND PROMISSORY NOTE

$ 66,000.00   Date: November 24, 2009

FOR VALUE RECEIVED, the undersigned jointly and severally promise to pay to the order of Klear Knit, Inc. the sum of Sixty – six Thousand dollars and 00 cents ($ 66,000.00), together with interest of 7.5% per annum on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable UPON DEMAND of any holder thereof.

Upon default in making payment within 10 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of North Carolina. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.

_____
(Borrower signature)

_____
(Borrower typed or printed name)

_____
(Lender's signature)

_____
(Lender's typed or printed name)

Witnessed:

_____
(Witness's signature)

_____
(Witness's typed or printed name)

DEMAND PROMISSORY NOTE

$ 40,000.00   Date: October 21, 2009

FOR VALUE RECEIVED, the undersigned jointly and severally promise to pay to the order of <u>Klear Knit, Inc.</u> the sum of <u>Forty Thousand dollars and 00 cents</u> ($ 40,000.00), together with interest of <u>7.5%</u> per annum on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable UPON DEMAND of any holder thereof.

Upon default in making payment within <u>10</u> days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of <u>North Carolina.</u> All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.

_International Latex Acmer Corporation_
(Borrower signature)

_By Roger Holland_
(Borrower typed or printed name)

_[signature]_
(Lender's signature)

_Ulf Boshamer_
(Lender's typed or printed name)

Witnessed:

_Kim Sudol_
(Witness's signature)

_Kim Sudol_
(Witness's typed or printed name)

DEMAND PROMISSORY NOTE

$ 30,000.00   Date:  March 24, 2009

FOR VALUE RECEIVED, the undersigned jointly and severally promise to pay to the order of Klear Knit, Inc. the sum of Thirty Thousand dollars and 00 cents ($ 30,000.00), together with interest of 7.5% per annum on the unpaid balance.  The entire principal and any accrued interest shall be fully and immediately payable UPON DEMAND of any holder thereof.

Upon default in making payment within 10 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law.  This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of North Carolina.  All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

NOTICE TO BORROWER:  THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME.  A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.

_International Safety Access Corp._
(Borrower signature)

_Roger Richard_ [signature]
(Borrower typed or printed name)

_[signature]_
(Lender's signature)

_Klear-Knit Inc._
(Lender's typed or printed name)

Witnessed:

_____
(Witness's signature)

_____
(Witness's typed or printed name)

## DEMAND PROMISSORY NOTE

$250,000    Date: February 27, 2007

FOR VALUE RECEIVED, the undersigned jointly and severally promise to pay to the order of Klear Knit, Inc., the sum of Two Hundred and FiftyThousand dollars ($250,000), together with interest of 7.5% per annum on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable UPON DEMAND of any holder thereof.

Upon default in making payment within 10 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of North Carolina. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_Roger L Schmidt_ CFO
[Borrower signature]

_International Safety Access Corp._
[Borrower typed or printed name]

_Klear Knit, Inc._
[Lender's signature]

_Alex Juran_
[Lender's typed or printed name]

Witnessed:

_____
[Witness's signature]

_____
[Witness's typed or printed name]

## DEMAND PROMISSORY NOTE

$100,000   Date: February 23, 2007

FOR VALUE RECEIVED, the undersigned jointly and severally promise to pay to the order of Klear Knit, Inc., the sum of One Hundred Thousand dollars ($100,000), together with interest of 7.5% per annum on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable UPON DEMAND of any holder thereof.

Upon default in making payment within 10 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of North Carolina. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.

_[signature]_ CFO
[Borrower signature]

_International Safety Access Corp._
[Borrower typed or printed name]


_[signature] Klear-Knit, Inc._
[Lender's signature]

_[signature]_
[Lender's typed or printed name]



Witnessed:

_____
[Witness's signature]

_____
[Witness's typed or printed name]

FROM : UALES FABRICS  P0G                FAX NO. : 1 704 366 6631              May. 09 2008 01:30PM  P5

## DEMAND PROMISSORY NOTE

$200,000    Date: January 31, 2007

FOR VALUE RECEIVED, the undersigned jointly and severally promise to pay to the order of Klear Knit, Inc., the sum of One Hundred Thousand dollars ($200,000), together with interest of 7.5% per annum on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable UPON DEMAND of any holder thereof.

Upon default in making payment within 10 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of North Carolina. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.

_Roger X Schwat CFO_
[Borrower signature]

_International Safety Access Corp._
[Borrower typed or printed name]

_KLEAR-KNIT, INC._
[Lender's signature]

_____
[Lender's typed or printed name]

Witnessed:

_____
[Witness's signature]

_____
[Witness's typed or printed name]

FROM : UALES FABRICS POG          FAX NO. : 1 704 366 6631          May. 09 2008 01:20PM  P2

## DEMAND PROMISSORY NOTE

<u>$80,000</u>    Date: January 31, 2007

FOR VALUE RECEIVED, the undersigned jointly and severally promise to pay to the order of <u>Klear Knit, Inc.</u>, the sum of <u>Eighty Thousand</u> dollars ($80,000), together with interest of <u>7.5</u>% per annum on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable UPON DEMAND of any holder thereof.

Upon default in making payment within <u>10</u> days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of <u>North Carolina</u>. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_[signature]_ CFO
[Borrower signature]

_International Safety Access Corp._
[Borrower typed or printed name]

_[signature]_ Klear-Knit, Inc.
[Lender's signature]

_[signature]_
[Lender's typed or printed name]


Witnessed:

_____
[Witness's signature]


_____
[Witness's typed or printed name]

FROM : UALES FABRICS  P0G              FAX NO. : 1 704 366 6631           May. 09 2008 01:29PM  P4

# DEMAND PROMISSORY NOTE

<u>$80,000</u>    Date:  December 22, 2006

FOR VALUE RECEIVED, the undersigned jointly and severally promise to pay to the order of <u>Klear Knit, Inc.</u>, the sum of <u>Eighty Thousand</u> dollars ($80,000), together with interest of <u>7.5</u>% per annum on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable UPON DEMAND of any holder thereof.

Upon default in making payment within <u>10</u> days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of <u>North Carolina</u>. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_/s/ Roger L. Ackerman CFO_
[Borrower signature]

_International Safety Access Corp._
[Borrower typed or printed name]

_/s/ Klear Knit, Inc._
[Lender's signature]

_[signature]_
[Lende's typed or printed name]

**Witnessed:**

_____
[Witness's signature]

_____
[Witness's typed or printed name]

# DEMAND PROMISSORY NOTE

$538,811.79   Date: November 7, 2006

FOR VALUE RECEIVED, the undersigned jointly and severally promise to pay to the order of Klear Knit, Inc. the sum of Five hundred thirty-eight Thousand, eight hundred eleven dollars and 79 cents ($538,811.79), together with interest of 7.5% per annum on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable UPON DEMAND of any holder thereof.

Upon default in making payment within 10 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of North Carolina. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.

_International Safety Access Corp._
(Borrower signature)

_Roy S. Schwartz CFO_
(Borrower typed or printed name)

_[signature]_  (Klear Knit)
(Lender's signature)

_Wolf Bosaecker_
(Lender's typed or printed name)

Witnessed:

_____
(Witness's signature)

_____
(Witness's typed or printed name)

```
8-17-06  -   76,938.84  — pd. in full  11-15-2010  CK 3425
8-21-06  -   72,053.78  — pd in full  2-18-2011  CK 3511
10-6-06  -   76,923.78
10-10-06 -   79,967.04
11-2-06  -  105,087.67
11-7-06  -  127,840.68
             _____
             538,811.79
```