10:48 AM
03/05/12
Accrual Basis

# International Safety Access Corporation
## Balance Sheet
### As of December 31, 2011

|  | Dec 31, 11 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Checking - BB&T Operating | 29,919.56 |
| **Total Checking/Savings** | 29,919.56 |
| **Accounts Receivable** | |
| Accounts Receivable - House | 8,761.23 |
| **Total Accounts Receivable** | 8,761.23 |
| **Other Current Assets** | |
| **Inventory** | |
| Edge Protection - IWW | |
| Ransom | 682,656.28 |
| **Total Edge Protection - IWW** | 682,656.28 |
| Edge Protection - KGuard | 89,102.77 |
| **Total Inventory** | 771,759.05 |
| Prepaid Insurance | 4,329.08 |
| Prepaid Royalties | 159,455.83 |
| **Total Other Current Assets** | 935,543.96 |
| **Total Current Assets** | 974,224.75 |
| **Fixed Assets** | |
| Accumulated Depreciation | (430,529.84) |
| **Rental Equipment** | |
| Ransom Rental | 502,825.26 |
| Skanska | |
| Sarasota Hospital | 2,374.75 |
| **Total Skanska** | 2,374.75 |
| **Total Rental Equipment** | 505,200.01 |
| Rental Equipment - KGuard | |
| Ransom | 41,983.26 |
| **Total Rental Equipment - KGuard** | 41,983.26 |
| **Total Fixed Assets** | 116,653.43 |
| **TOTAL ASSETS** | **1,090,878.18** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 176,287.27 |
| **Total Accounts Payable** | 176,287.27 |
| **Other Current Liabilities** | |
| Accrued Expenses | 28,209.00 |
| Interest Payable | 304.55 |
| Sales Tax Payable | 2,699.73 |
| **Total Other Current Liabilities** | 31,213.28 |
| **Total Current Liabilities** | 207,500.55 |
| **Long Term Liabilities** | |
| Long Term Notes Payable | 1,541,875.61 |
| **Total Long Term Liabilities** | 1,541,875.61 |
| **Total Liabilities** | 1,749,376.16 |

10:48 AM
03/05/12
Accrual Basis

# International Safety Access Corporation
## Balance Sheet
### As of December 31, 2011

|  | Dec 31, 11 |
|---|---:|
| **Equity** | |
|    Capital Stock | 250,000.00 |
|    Retained Earnings | (542,702.68) |
|    Net Income | (365,795.30) |
| **Total Equity** | (658,497.98) |
| **TOTAL LIABILITIES & EQUITY** | 1,090,878.18 |