# UCC1

STATE OF SOUTH CAROLINA FILING FEES:
$ 8.00 - For the FIRST TWO pages   $20.00 - Public Finance Transaction
$ 2.00 - For THIRD page            $20.00 - Manufactured Home Transaction
$ 1.00 - Each ADDITIONAL page after the THIRD page.
For each additional Debtor more than two (2), add $2.00 for each additional Debtor.

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: *International Safety Access Corporation*

1c. MAILING ADDRESS: *P.O. BOX 5270*   CITY: *Lake Wylie*   STATE: *SC*   POSTAL CODE: *29710*   COUNTRY: *USA*

1e. TYPE OF ORGANIZATION: Profit
1f. JURISDICTION OF ORGANIZATION: South Carolina
1g. ORGANIZATIONAL ID #: [X] NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - (none)

3. SECURED PARTY'S NAME

3a. ORGANIZATION'S NAME: *Klear Knit, Inc.*

3c. MAILING ADDRESS: *214 Superior Stainless Road*   CITY: *Gastonia*   STATE: *SC*   POSTAL CODE: *28052*   COUNTRY: *USA*

4. This FINANCING STATEMENT covers the following collateral:

*Furniture, fixtures, equipment, inventory, accounts, stocks*

5. ALTERNATIVE DESIGNATION [if applicable]: LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING
6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]
7. REQUEST SEARCH REPORT(S) ON UCC 11 FORM    All Debtors | Debtor 1 | Debtor 2
8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — SC SECRETARY OF STATE'S OFFICE

110124-1009025
Lapse Date: 01/24/2016 10:09:02
UCC-1 FINANCING STATEMENT
Filing Fee: 8 ORIG